THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE AVILES, Appellant.

Submitted September 12, 2016; decided September 15, 2016

Motion by Make the Road New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.